# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois  60604

January 9, 2006

Before

Hon. JOHN L. COFFEY, Circuit Judge

Hon. TERENCE T. EVANS, Circuit Judge

Hon. ANN CLAIRE WILLIAMS, Circuit Judge

No. 05-1367

MADISON HOBLEY,

      Plaintiff-Appellee,

   v.

JON BURGE, ROBERT DWYER,
CITY OF CHICAGO, et al.,

      Defendants.

Appeal from the United States
District Court for the Northern
District of Illinois, Eastern Division.

No. 03 C 3678

Marvin E. Aspen,
Judge.

APPEAL OF:  JONES DAY

O R D E R

The slip opinion issued in the above-entitled cause on January 9, 2006, is amended as follows:

> The case number listed at the top of every odd-numbered
> page should reflect No. 05-1367.